EMPLOYERS CASUALTY COMPANY, Plaintiff-Appellee, v. BAKER–LAWHON & FORD, Inc., et al., Defendants-Appellants.

No. 5742.

Court of Appeal of Louisiana. Second Circuit.

Jan. 10, 1939.

Rehearing Denied March 8, 1939.

Writ of Certiorari and Review Denied May 1, 1939.

Sholars & Gunby and G. Allen Kimball, all of Monroe, for appellants.

Theus, Grisham, Davis & Leigh, of Monroe, for appellee.

HAMITER, Judge.

For the reasons assigned in the opinion of the case of Austin v. Baker-Lawhon & Ford, Inc., et al., 188 So. 416, this day decided by us, the judgment appealed from in this cause is affirmed.